1  KATHRYN C. ASHTON, State Bar No. 193576
   kathryn.ashton@clydeco.us
2  GABRIELLE A. HOLLINGSWORTH, State Bar No. 292955
   gabrielle.hollingsworth@clydeco.us
3  CLYDE & CO US LLP
   101 Second Street, 24th Floor
4  San Francisco, California 94105
   Telephone: (415) 365-9800
5  Facsimile:  (415) 365-9801

6  Attorneys for Defendant
   Hiscox, Inc., on behalf of itself and
7  Lloyd's Syndicate 3624 (Hiscox),
   erroneously sued as Hiscox, Inc. doing
8  business as Hiscox Insurance Agency in
   California

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12 | BOSCO LEGAL SERVICES, INC.,        | Case No. 5:18-cv-00048 GW (SHK)
13 |         Plaintiff,                 | NOTICE OF ERRATA CONCERNING
   |                                    | NAME OF DEFENDANT
14 |     v.                             |
15 | HISCOX INC., doing business as     |
   | Hiscox Insurance Agency in California |
16 | and DOES 1 through 100, inclusive, |
17 |         Defendants.                |

18

19 / /

20 / /

21 / /

3713660

NOTICE OF ERRATA CONCERNING NAME OF DEFENDANT

1   TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR
2   ATTORNEYS OF RECORD:
3   PLEASE TAKE NOTICE that the name of the defendant appearing in this
4   action, previously styled as "Lloyd's Syndicate 3624 (Hiscox), erroneously sued as
5   Hiscox, Inc. doing business as Hiscox Insurance Agency in California" should be
6   corrected to "Hiscox, Inc., on behalf of itself and Lloyd's Syndicate 3624 (Hiscox),
7   erroneously sued as Hiscox, Inc. doing business as Hiscox Insurance Agency in
8   California."
9   All future pleadings filed by defendant will reflect this correction.

11  Dated:  March 29, 2018              Respectfully submitted,

12                                      CLYDE & CO US LLP

14                                      By:     /s/ Kathryn C. Ashton
15                                          KATHRYN C. ASHTON
                                            GABRIELLE A. HOLLINGSWORTH
16                                          Attorneys for Defendant
17                                          HISCOX, INC., on behalf of itself and
                                            LLOYD'S SYNDICATE 3624 (HISCOX),
18                                          erroneously sued as Hiscox, Inc., doing
19                                          business as Hiscox Insurance Agency in
                                            California

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

3713660

-2-
NOTICE OF ERRATA CONCERNING NAME OF DEFENDANT

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On March 29, 2018, I served the document(s) described as:

**NOTICE OF ERRATA CONCERNING NAME OF DEFENDANT**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 29, 2018, at San Francisco, California.

Patricia Inabnet

3713660

-3-

NOTICE OF ERRATA CONCERNING NAME OF DEFENDANT

# SERVICE LIST

Boyd F. Jensen II, Esq.
GARRETT & JENSEN
3390 Orange Street
Riverside, California 92501
Tel: (951) 781-0222
Fax: (951) 781-0221
Email: boyd@boydjensen.com

Attorneys for Plaintiff
**BOSCO LEGAL SERVICES, INC.**

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

3713660
-4-
NOTICE OF ERRATA CONCERNING NAME OF DEFENDANT