JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSCO LEGAL SERVICES, INC., | Case No.  EDCV 18-48-GW-SHKx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| HISCOX, INC., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 22, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE